**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>$53,171 IN U.S. CURRENCY<br><br>DEFENDANT-IN-REM | No. 1:21-cv-00358-LEW |

**DECREE OF FORFEITURE**

On December 13, 2021, a Verified Complaint for Forfeiture against the defendant-*in-rem* $53,171 in United States Currency was filed on behalf of the plaintiff United States of America pursuant to the provisions of Title 21, United States Code, Sections 841 and 881(a)(6). Dkt. 1.

On about January 5, 2022, potential claimants Kristy Bubier and Chad Bubier were served with the Verified Complaint by certified mail. Dkt. 27 at 1.

On January 5, 2022, Kristy Bubier contacted the United States Attorney's Office and advised that the money was not hers. Dkt. 27 at 1. She did not file a claim in this matter.

On February 8, 2022, Attorney Scott Hess entered his appearance on behalf of Chad Bubier ("Claimant") and filed a claim for the defendant-*in-rem*. Dkts. 5 and 6.

Between January 21, 2022, and February 19, 2022, notice of this action was published on the official government website www.forfeiture.gov. Dkt. 9.

Claimant and Attorney Hess signed a Stipulation and Settlement Agreement on September 26, 2023, and October 3, 2023, respectively. Dkt. 27 at 4. Assistant United States Attorney Nicholas Heimbach signed the Stipulation and Settlement Agreement on behalf of the United States on October 16, 2023. *Id*. at 3.

Pursuant to the Stipulation and Settlement Agreement, the parties stipulated and agreed that Claimant consents and agrees to the entry of a judgment of forfeiture on the Verified Complaint in the amount of $26,585.50, and that all right, title, and interest in the defendant-*in-rem* property shall be forfeited to and shall vest in the United States of America for disposition according to law. Dkt. 27 at 2. The parties further stipulated and agreed that the remaining $26,585.50 shall be returned to Claimant, subject to reduction and/or offset in the amount of any delinquent debt owed to the United States, a United States agency, or a state, including delinquent child-support obligations enforced by the states, as further described in paragraph 8 of the Stipulation and Settlement Agreement. *Id.*

It appears that process was fully issued in this action and returned according to law.

It appears from the record that—other than Claimant's—no claims or petitions, contested or otherwise, have been filed against the defendant-*in-rem* and the time to do has expired.

NOW THEREFORE, on motion of the plaintiff United States of America for a Decree of Forfeiture consistent with the terms of the Stipulation and Settlement Agreement, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that $26,585.50 of the defendant-*in-rem* is **FORFEITED** to the United States of America and no right, title, or interest shall exist in any other person or entity. **IT IS FURTHER ORDERED** that the $26,585.50 of the defendant-*in-rem* forfeited to the United States shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the remaining, non-forfeited $26,585.50 of

the defendant-*in-rem* shall be returned to Claimant, subject to any reduction and/or offset required by the Debt Collection Improvement Act of 1996, as codified at 31 U.S.C. § 3716 and administered through the Treasury Offset Program.

                                      **SO ORDERED,**

DATED: October 20, 2023                       /s/ Lance E. Walker
                                                        United States District Court Judge